# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

LEE E. CLAYPOOL,

        Respondent

        v.

OLIVER H. CLAYPOOL, JR.,

        Petitioner

: No. 19 WAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.